FILED

2011 OCT 11  PM 1:49

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2011 Grand Jury

| UNITED STATES OF AMERICA, | ) | CR No. CR 11 00958 |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(ii): Unauthorized Access to a Protected Computer; |
| CHRISTOPHER CHANEY, aka "trainreqsuckswhat", aka "anonygrrl", aka "jaxjaguars911", | ) | 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I), (c)(4)(A)(i)(III): Unauthorized Damage to a Protected Computer; |
| Defendant. | ) | 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 2511(1)(a): Wiretapping] |

The Grand Jury charges:

I.   INTRODUCTORY ALLEGATIONS

    1.   At all times relevant to this Indictment:

        a.   Defendant CHRISTOPHER CHANEY, also known as ("aka") "trainreqsuckswhat", aka "anonygrrl", aka "jaxjaguars911" ("defendant CHANEY"), resided in Jacksonville, Florida.

        b.   Yahoo! Inc. ("Yahoo!") provided electronic mail ("e-mail") services to users all over the world.

///

LEF:WLH

1       c.    Apple provided e-mail services to users all over
2  the world.

3       d.    Google provided e-mail services to users all over
4  the world.

5       e.    Defendant CHANEY obtained personal information of
6  numerous individuals related to the entertainment industry, some
7  of whom resided in Los Angeles, California.

8       f.    Defendant CHANEY gained unauthorized access to the
9  e-mail accounts of over 50 individuals, some of whom resided in
10 Los Angeles, California.

11      g.    After defendant CHANEY gained unauthorized access
12 into an e-mail account, he would obtain information from the
13 account, specifically, e-mails and attachments.

14      h.    In most instances, after gaining unauthorized
15 access into the e-mail account of a celebrity, defendant CHANEY
16 set the e-mail forwarding feature of the e-mail account to send
17 virtually instantaneously a copy of every e-mail received in the
18 celebrity's account to a different e-mail account that he
19 controlled.

20      i.    Defendant CHANEY thereafter distributed to others
21 some of the information that he obtained by his unauthorized
22 access.

23
24
25
26
27
28

COUNTS ONE THROUGH SIX

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(ii)]

2.   The Grand Jury re-alleges paragraph one of this Indictment, including all subparagraphs, as if fully set forth herein.

3.   On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHANEY knowingly and intentionally accessed without authorization and in excess of authorization, and thereby obtained information, namely, the contents of the subscriber's e-mail inbox and the subscriber's e-mail settings webpage, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), namely, an e-mail server of the entity described below, in furtherance of a criminal act in violation of the laws of the United States, namely, wiretapping, in violation of Title 18, United States Code, Section 2511(1)(a):

| COUNT: | DATE: | ACCOUNT HOLDER VICTIM: | SERVICE PROVIDER: |
|---|---|---|---|
| ONE | 11-13-10 | Simone Harouche | Apple |
| TWO | 11-20-10 | B.P. | Apple |
| THREE | 12-18-10 | Mila Kunis | Apple |
| FOUR | 12-27-10 | J.A. | Google |
| FIVE | 12-27-10 | L.B. | Apple |
| SIX | 12-31-10 | L.S. | Apple |

COUNTS SEVEN AND EIGHT

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I)]

4.   The Grand Jury re-alleges paragraph one of this Indictment, including all subparagraphs, as if fully set forth herein.

5.   Beginning on or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHANEY knowingly caused the transmission of programs, information, codes, and commands, and as a result of such conduct, intentionally caused damage without authorization by impairing the integrity and availability of data, programs, systems, and information on a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), namely, an e-mail server operated by the respective company set forth below, thereby causing a loss aggregating at least $5,000 in value during a one-year period to the victims described below:

| COUNT: | BEGINNING OF ONE-YEAR PERIOD: | SERVER: | VICTIM(S): |
|--------|-------------------------------|---------|------------|
| SEVEN  | 11-13-10                      | Apple   | Simone Harouche and Christina Aguilera |
| EIGHT  | 12-14-10                      | Yahoo!  | Scarlett Johansson |

4

COUNT NINE

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(III)]

6.   The Grand Jury re-alleges paragraph one of this Indictment, including all subparagraphs, as if fully set forth herein.

7.   On or about February 8, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHANEY knowingly caused the transmission of programs, information, codes, and commands, and as a result of such conduct, intentionally caused damage without authorization by impairing the integrity and availability of data, programs, systems, and information on a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), namely, an e-mail server operated by Apple, thereby causing physical harm and a loss aggregating at least $5,000 in value during a one-year period beginning on or about March 14, 2011, to Renee Olstead and her insurance provider.

COUNTS TEN THROUGH SEVENTEEN

[18 U.S.C. § 1028A(a)(1)]

8.   The Grand Jury re-alleges paragraph one of this Indictment, including all subparagraphs, as if fully set forth herein.

9.   On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHANEY knowingly and without lawful authority possessed and used a means of identification of another person, that is, the e-mail user ID of the below-described individuals, during and in relation to the below-described offenses as described in the below-listed Counts of this Indictment.

| COUNT: | DATE: | VICTIM: | TITLE 18 OFFENSE: | RELATED COUNT: |
|---|---|---|---|---|
| TEN | 11-20-10 | B.P. | 1030(a)(2)(C) | TWO |
| ELEVEN | 12-18-10 | Mila Kunis | 1030(a)(2)(C) | THREE |
| TWELVE | 12-27-10 | J.A. | 1030(a)(2)(C) | FOUR |
| THIRTEEN | 12-27-10 | L.B. | 1030(a)(2)(C) | FIVE |
| FOURTEEN | 12-31-10 | L.S. | 1030(a)(2)(C) | SIX |
| FIFTEEN | 11-13-10 | Simone Harouche | 1030(a)(5)(A) | SEVEN |
| SIXTEEN | 1-13-11 | Scarlett Johansson | 1030(a)(5)(A) | EIGHT |
| SEVENTEEN | 2-8-11 | Renee Olstead | 1030(a)(5)(A) | NINE |

COUNTS EIGHTEEN THROUGH TWENTY-SIX

[18 U.S.C. § 2511(1)(a)]

10.  The Grand Jury re-alleges paragraph one of this Indictment, including all subparagraphs, as if fully set forth herein.

11.  Beginning on or about the dates set forth below, and continuing until at least on or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHANEY intentionally intercepted and endeavored to intercept wire communications, namely, e-mails, including any e-mail attachments, of the below-described victims:

| COUNT: | BEGINNING DATE: | ENDING DATE: | VICTIM: |
| --- | --- | --- | --- |
| EIGHTEEN | 11-13-10 | 1-10-11 | Simone Harouche |
| NINETEEN | 12-24-10 | 1-28-11 | B.P. |
| TWENTY | 12-24-10 | 1-21-11 | Mila Kunis |
| TWENTY-ONE | 12-27-10 | 2-10-11 | J.A. |
| TWENTY-TWO | 12-27-10 | 1-20-11 | L.B. |
| TWENTY-THREE | 1-11-11 | 1-20-11 | L.S. |
| TWENTY-FOUR | 1-11-11 | 1-20-11 | D.F. |
| TWENTY-FIVE | 1-11-11 | 2-10-11 | B.G. |

///
///
///
///
///
///
///
///

7

| COUNT: | BEGINNING DATE: | ENDING DATE: | VICTIM: |
|---|---|---|---|
| TWENTY-SIX | 1-16-11 | 2-10-11 | Renee Olstead |

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

Nom
Dorothy C. Kim
Dep. Chief. Crim. Div. For.

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section

ERIC D. VANDEVELDE
Assistant United States Attorney
Deputy Chief, Cyber and Intellectual Property Crimes Section

LISA E. FELDMAN
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section