ANDRÉ BIROTTE JR. - United States Attorney
ROBERT E. DUGDALE - AUSA-Chief, CR Division
WESLEY L. HSU (SBN 188015) -AUSA
Chief, Cyber & IP Crimes Section
312 N. Spring St., 12th Fl., Los Angeles, CA 90012
Office: (213) 894-3045   Fax: (213) 894-8601
email: wesley.hsu@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 11-00958(A)-SJO |
| v. | |
| CHRISTOPHER CHANEY | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Gov't's Ex Parte App. for Order Sealing Document; Decl. of Ausa [Under Seal]; [Proposed] Order Sealing Documents; and Government's Supplemental Position Re: Sentencing of Defendant Christopher Chaney, the Decl. of Josh Eric Sadowsky with Exhibits, the Decl. of Wesley L. Hsu with Exhibits [Under Seal]

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  [see above: List Documents]

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| June 25, 2012 | WESLEY L. HSU |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                    **NOTICE OF MANUAL FILING**